**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Eduardo<br>First name<br><br>_____<br>Middle name<br><br>Fernandez<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 8 8 5<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

Debtor 1   Eduardo Fernandez _____   Case number (*if known*)_____
           First Name    Middle Name    Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |
| **5. Where you live** | 318 W Curtis Street<br>Number    Street<br><br>_____<br><br>Tampa                FL    33603<br>City              State   ZIP Code<br><br>Hillsborough County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City              State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City              State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1  Eduardo Fernandez  
_First Name_  _Middle Name_  _Last Name_

Case number *(if known)*_____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7  
☑ Chapter 11  
☐ Chapter 12  
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No  
☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____  
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No  
☑ Yes.

Debtor  Ultimate Pavers Inc      Relationship to you  Debtor is Sole Sharel  
District  Middle District of Florida, Tampa Division    When  08/12/2025   Case number, if known _____

Debtor _____        Relationship to you _____  
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.  
☐ Yes.  Has your landlord obtained an eviction judgment against you?

　　☐ No. Go to line 12.  
　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   Eduardo Fernandez _____   Case number *(if known)*_____
           First Name    Middle Name    Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____  _____  _____
City                                    State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Debtor 1  Eduardo Fernandez  
    First Name    Middle Name    Last Name

Case number *(if known)*_____

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Eduardo Fernandez  
            First Name    Middle Name    Last Name

Case number (*if known*)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.  
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Eduardo Fernandez  
Signature of Debtor 1

✗ _____  
Signature of Debtor 2

Executed on  08/12/2025  
           MM / DD / YYYY

Executed on _____  
           MM / DD / YYYY

| Debtor 1 | Eduardo Fernandez | | Case number (*if known*) |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

✘ /s/ Andrew Wit                                    Date  08/12/2025
Signature of Attorney for Debtor                          MM  /  DD  / YYYY

Andrew Wit
Printed name

Jennis Morse
Firm name

606 East Madison Street
Number    Street

Tampa                              FL         33602
City                               State      ZIP Code

Contact phone  813-229-800         Email address  awit@jennislaw.com

1038525                            FL
Bar number                         State

**Fill in this information to identify your case:**

Debtor 1: Eduardo Fernandez (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ___ (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: TD Bank, National Association
Number Street: 1701 Route 70 East
City / State / ZIP Code: Cherry Hill, NJ 08034
Contact: ___
Contact phone: ___

What is the nature of the claim? Personal Guaranty

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 82,133.01

**2**
Creditor's Name: Nelnet
Number Street: Attn: Claims
Po Box 82505
City / State / ZIP Code: Lincoln, NE 68501
Contact: ___
Contact phone: ___

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$ 41,450.26

Debtor 1  **Eduardo Fernandez**
　　　　　First Name　Middle Name　Last Name

Case number *(if known)* _____

|  |  | Unsecured claim |
|---|---|---|

**3** American Express
Creditor's Name
PO Box 981535
Number　Street

El Paso　　TX　79998
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt   $40,402.92

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security: − $_____
　　　Unsecured claim: $_____

---

**4** American Express
Creditor's Name
PO Box 981535
Number　Street

El Paso　　TX　79998
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt   $25,121.94

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security: − $_____
　　　Unsecured claim: $_____

---

**5** GTE Federal Credit Union
Creditor's Name
PO Box 172599
Number　Street

Tampa　　FL　33672
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Guarantee on Business Te  $24,362.35

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security: − $_____
　　　Unsecured claim: $_____

---

**6** Nelnet
Creditor's Name
Attn: Claims
Number　Street
Po Box 82505

Lincoln　　NE　68501
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? Student Loans   $20,122.21

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security: − $_____
　　　Unsecured claim: $_____

---

**7** GTE Federal Credit Union
Creditor's Name
PO Box 172599
Number　Street

Tampa　　FL　33672
City　　State　ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt   $9,543.60

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security: − $_____
　　　Unsecured claim: $_____

Debtor 1    Eduardo Fernandez                                    Case number *(if known)* _____
            First Name   Middle Name   Last Name

|  | Creditor | Claim details | Unsecured claim |
|---|---|---|---|
| **8** | **Citibank** — Creditor's Name<br>Citicorp Cr Srvs/Centralized Bankruptcy (Number Street)<br>PO Box 790040<br>Saint Louis, MO 63179<br>Contact / Contact phone | **What is the nature of the claim?** Credit Card Debt<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): $____<br>Value of security: − $____<br>Unsecured claim: $____ | $8,499.59 |
| **9** | **Capital One** — Creditor's Name<br>PO Box 60519<br>City Of Industry, CA 91716-0519<br>Contact / Contact phone | **What is the nature of the claim?** Credit Card Debt<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>☑ No<br>☐ Yes. | $8,454.01 |
| **10** | **Suncoast Credit Union** — Creditor's Name<br>PO Box 11904<br>Tampa, FL 33680<br>Contact / Contact phone | **What is the nature of the claim?** Credit Card Debt<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>☑ No<br>☐ Yes. | $3,504.00 |
| **11** | **Citi / Home Depot Credit Card** — Creditor's Name<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179<br>Contact / Contact phone | **What is the nature of the claim?** Pers. Guarantee on Business Card<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>☑ No<br>☐ Yes. | $3,440.82 |
| **12** | **Synchrony Bank / Sam's Club Credit Card** — Creditor's Name<br>PO BOX 71746<br>Philadelphia, PA 19176<br>Contact / Contact phone | **What is the nature of the claim?** Credit Card Debt<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>☑ No<br>☐ Yes. | $2,873.00 |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    30    page 3

Debtor 1  Eduardo Fernandez
         First Name  Middle Name  Last Name

Case number (*if known*) _____

**Unsecured claim**

**13**  US Bank NA
Creditor's Name
PO BOX 108
Number  Street

Saint Louis  MO  63166
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim?  Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim  $_____

$ 2,478.00

**14**  Capital One
Creditor's Name
PO Box 60519
Number  Street

City Of Industry  CA  91716-0519
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim?  Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim  $_____

$ 947.49

**15**  Capital One
Creditor's Name
PO Box 60519
Number  Street

City Of Industry  CA  91716-0519
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim?  Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim  $_____

$ 558.90

**16**  GTE Federal Credit Union
Creditor's Name
PO Box 172599
Number  Street

Tampa  FL  33672
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim?  Pers. Guarantee on Equip. Loan

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim  $_____

$ Unknown

**17**  Internal Revenue Service
Creditor's Name
P.O. Box 7346
Number  Street

Philadelphia  PA  19101
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim?  Taxes & Other Government Units

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:  − $_____
   Unsecured claim  $_____

$ Unknown

Official Form 104  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 4

31

Debtor 1    Eduardo Fernandez      Case number *(if known)* _____
         First Name    Middle Name    Last Name

**Unsecured claim**

### 18

Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security: − $_____
         Unsecured claim: $_____

### 19

Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security: − $_____
         Unsecured claim: $_____

### 20

Creditor's Name
Number    Street
City    State    ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
         Value of security: − $_____
         Unsecured claim: $_____

Debtor 1 Eduardo Fernandez Case number (*if known*)_____
 First Name Middle Name Last Name

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Eduardo Fernandez ✖ _____
Signature of Debtor 1 Signature of Debtor 2

Date 08/12/2025 Date 08/12/2025
MM / DD / YYYY MM / DD / YYYY

Affirm, Inc.
30 Isabella Street
Floor 4
Pittsburgh, PA 15212

Akerman LLP c/o Lawrence O. Rochefort, Esq.
777 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401

American Express
PO Box 981535
El Paso, TX 79998

AT&T Mobility
PO Box 6416
Carol Stream, IL 61097

Capital One
PO Box 60519
City Of Industry, CA 91716-0519

Caridad Farrugia
7345 Skyview Avenue
New Port Richey, FL 34653

Citi / Home Depot Credit Card
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179

Freedom Boat Club, LLC
897 East Venice Ave.
Venice, FL 34285

GTE Federal Credit Union
PO Box 172599
Tampa, FL 33672

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501

Suncoast Credit Union
PO Box 11904
Tampa, FL 33680

Synchrony Bank / Sam's Club Credit Card
PO BOX 71746
Philadelphia, PA 19176

TD Bank, National Association
1701 Route 70 East
Cherry Hill, NJ 08034

Ultimate Pavers Inc
318 W Curtis Street
Tampa, FL 33603

US Bank NA
PO BOX 108
Saint Louis, MO 63166

United States Bankruptcy Court

Middle District of Florida

In re: Eduardo Fernandez

Debtor(s)

Case No.

Chapter  11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/12/2025

/s/ Eduardo Fernandez
Signature of Debtor

_____
Signature of Joint Debtor